■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH BARTLETT, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Posner, J.), rendered September 28, 1982, convicting him of robbery in the first degree (four counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The errors alleged concerning the remarks made by the prosecutor during summation were not objected to and are

therefore unpreserved for our review. In any event, these comments did not deprive the defendant of a fair trial (see, *People v Nocera,* 107 AD2d 768; *People v Gonzalez,* 102 AD2d 895). Mangano, J. P., Rubin, Kooper and Harwood, JJ., concur.